CR 3-90-0034-G

| DATE DOCUMENT NO. | Yr. | Docket No. | Def. | V. PROCEEDINGS | VI. EXCLUDABLE DELAY Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|---|

(OPTIONAL) Show last names of defendants

**V. PROCEEDINGS**

**1990**

**Feb 15** — **INDICTMENT. (Sealed)** gs

**Feb 16** — Issued WARRANT FOR ARREST. gs

**Nov 15** — **SUPERSEDING INDICTMENT** (Supersedes Indictment filed on February 15, 1990) gs

**Nov 19** — Issued WARRANT FOR ARREST. gs

**Dec 11** — GOVERNMENT'S MOTION TO DISMISS ns

**Dec 11** — ORDER...that the original indictment filed on February 15, 1990 is hereby DISMISSED pursuant to the superseding indictment filed on November 15, 1990.
Dist 12/14 - dkt 12/14/90 gs
[12-11-90 / 12-11-90  E  1]

**Dec 12** — MOTION TO UNSEAL (Govt.) gs

ORDER...that this indictment is unsealed as to this defendant.
Dist 12/13 - dkt 12/14/90. AJF/gs
[12-12-90 / 12-12-90  E  1]

**Dec 24** — ENTRY OF APPEARANCE OF COUNSEL (Melvyn Bruder, retained cnsl for deft) ns
(cys: judge, ausa, pt, pb, marie 1/7/91)

**Dec 26** — RETURN ON WARRANT - date of arrest 12/20/90, by agents of FBI. ns

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
docketed in error. ns

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
docketed in error

**Dec 26** — **DOCUMENTS SEALED** (Motion and order) ns
[12-26-90 / 12-26-90  E  1]

**Dec 28** — Recd. Magistrate Papers from District of Kansas (see below)*

**1991**
*

**Jan 10** — **AMENDED ORDER SETTING CONDITIONS OF RELEASE**...Bond set at $75,000.00 cash or surety. Deft remanded to USM. WFS/ns
cys: ausa, cnsl, pt, usm, marie    **Trial 3/4/91, 9 a.m. before Judge Fish**

***Dec 28** — Received Magistrate papers from District of Kansas consisting of:
1. Commitment to another district.
2. Waiver of Rule 40 hearings
3. Minute sheets dated 12-12-90 and 12-13-90.
4. Order setting conditions of release.
Dist. to PT, PB, AUSA. gs

***Jan 9** — MOTION TO ESTABLISH CONDITIONS OF RELEASE. (Deft) gs

**Jan 10** — **PRETRIAL ORDER**...setting deadlines for filing of pretrial material; setting case for trial on Court's four-week docket beginning Mar 4, 1991; a final pretrial conference is set for Fri, Mar 1, 1991 at 3:00 p.m.; SANCTIONS will be imposed if these pretrial requirements are not met.
dkt'd 1-11-91 cys to Judge, AUSA, PT, PB, USM, Marie & deft's cnsl                                          AJF/bs

## SEE NEXT PAGE

CONTINUED TO PAGE 3

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs WILLIAM ALLEN HOFFMAN a/k/a Bill Hoffman      Page 3      CR3-90-034-G(09)

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| **1991** Jan 8 | M.E. - ARRAIGNMENT - dft with cnls Bruder. Pled NG Waived reading of indict., TD: 3-4-91 PTO to issue. dft in custody.    gs | 1-8-91 / 1-8-91 | | 4 | 1 |
| Jan 11 | MOTION TO AMEND CONDITIONS OF RELEASE. (dft)    gs | 1-11-91 | | | |
| Jan 15 | **ORDER OF REFERENCE**...defts' motion to establish conditions of release filed Jan 9, 1991 is hereby referred to U.S. Magistrate Judge Jane E. Jackson for a hearing, if necessary, and for determination. Dkt'd 1-15-91  cys to Judge, AUSA, PB, PT, USM, Marie & deft's cnsl         AJF/bs | | | E | 5 |
| Jan 16 | ORDER AMENDING CONDITIONS OF RELEASE...It is ORDERED that Amended Order Setting Conditions of Release entered by U.S. Magistrate 1/10/91 be amended as follows: condition of release (7)(l) imposed by U.S. Mag. that Hoffman "execute a bail bond w/solvent sureties in the amount of $75,000" is hereby deleted, & following conditions of release are added: "(7)(j) execute a bond or agreement to forfeit upon failing to appear as required, the following sum of money or designated property: $50,000," & "(7)(k) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: 10% ($5,000.00)."            AJF/ns  cys: judge, mag, ausa, cnsl, pt, pb, usm, marie  dktd 1/17/91 | 1-16-91 | | | |
| JAN 15 | ORDER......the govt motion requesting a continuance of the trial is granted the trial is set for 9-3-91.   dktd 1-17-91   cy Judge, ausa, pt, pb, usm, atty and Marie    AJF/vp  **AMENDED PRETRIAL ORDER**.......the court's 1-10-91 pretrial order is **vacated**. This case is set for trial on 9-3-91; by 8-2-91 the govt shall provide full discovery to each deft by 8-2-91 each deft shall provide full discovery to the govt. by 8-2-91 the govt shall provide each with all of the exculpatory evidence is possesses. by 8-10-91 all pretrial motions shall be filed. by 8-17-91 the govt's response to the pretrial motions shall be filed and any reply by deft by 8-23-91; by 8-23-91 all pretrial motions shall be filed; a final pretrial conf is set for 8-30-91 at 3p.m.; SANCTIONS WILL BE IMPOSED IF THESE PRETRIAL REQUIREMENTS ARE NOT MET..   dktd 1-17-91   cy Judge, AUSA, PT, PB, USM, Atty and Marie     AJF/vp | 3-29-91 / 9-3-91 | | 7 | 168 |

**SEE NEXT PAGE**

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1991** | | | | | |
| Jan 14 | MOTION TO AMEND CONDITIONS OF RELEASE. (Dft)   gs | | | | |
| Jan 22 | **AMENDED** ORDER SETTING CONDITIONS OF RELEASE - Execute bond of $50,000.00 with 10% deposit of $5,000.00. Report to Pretrial Services Agency.   JEJ/bw  cys: pretrial, marie | | | | |
| | APPEARANCE BOND...in the amt. of $5,000.00 (10%). JEJ/bw cys: financial, ausa, marie | | | | |
| JUL 10 | **SUPERSEDING INDICTMENT** (Supersedes superseding indictment of 11-15-90).   gj | | | | |
| JUL 15 | MOTION TO UNSEAL (Govt).   gj | | | | |
| | **ORDER TO UNSEAL**...that the superseding indictment filed 7-10-91 is unsealed as to the named defts only. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 7-19-91).   AJF/gj | | | | |
| JUL 26 | AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt).   gj | | | | |
| JUL 31 | **ORDER**...that this case is continued and is hereby rescheduled and set for trial on 1-6-92 at 9 am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 8-1-91).   AJF/gj | | | | |
| AUG 1 | **SECOND AMENDED PRETRIAL ORDER**...that the court's 1-16-91 amended PT order is VACATED...case is reset on 4-wk dkt beg. 1-6-92...by 12-6-91 all parties shall provide full discovery, the govt shall provide deft w/exculpatory evidence, govt shall provide Jencks Act material... by 12-13-91 all PT mtns shall be filed...by 12-20-91 govt's response to PT mtns shall be filed...by 12-27-91 reply by defts shall be filed...by 12-27-91 all PT materials shall be filed...final PT conf set for 1-3-92 at 3 pm (See order for specifics). Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (Dkt. 8-2-91).   AJF/gj | | 9-4-91 / 1-6-92 | T | 125 |
| AUG 5 | AMENDED AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt).   gj | | | | |
| AUG 5 | **AMENDED ORDER**...that this case is continued and is rescheduled and set for trial on 1-6-92 at 9 am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 8-7-91).   AJF/gj | | | | |

Case 3:90-cr-00034-G   Document 26-2   Filed 02/14/90   Page 4 of 13   PageID 16

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs  WILLIAM ALLEN HOFFMAN a/k/a
Bill Hoffman   Page 5

AO 256A

CR3-90-034-G(09)
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| DEC 2 | ORDER...a pretrial conference is scheduled for Thursday, December 12, 1991 at 10am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 12/3/91).    AJF/jb | | 1-7-92<br>1-21-92 | 7 | 14 |
| **1992**<br>Jan 21 | **M.E.** REARRAIGNMENT - Pled guilty to Ct. 1 PA & FR filed Sentencing to be set at a later date.    gs | | | | |
| | PLEA AGREEMENT    gs | | | | |
| | FACTUAL RESUME.    gs | | | | |
| FEB 25 | **SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)...** PSI by 3-24-92; written obj to PSI by 4-7-92; addendum by noon 4-14-92; written Obj to addendum by 4-21-92 & Sentencing set for 4-28-92 @ 1:45 cpy Judge,AUSA,PT,PB,USM,Cnsl,Ester/dkt 2-26-92  AJF:svc | | | | |
| MAR 2 | ORDER...Order of 2-25-92 is vacated.<br>cpy Judge,AUSA,PT,PB,USM,Cnsl,Ester/dkt 3-6-92   AJF:svc | | | | |
| *Jan 21 | **PLEA AGREEMENT**    dh | | | | |
| | **FACTUAL RESUME**    dh | | | | |
| Mar 10 | **JOINT REPRESENTATION WAIVER (by deft.)**    dh | | | | |
| Dec 11 | AMENDED SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINE SENTENCING)...PSI by 12-15-92; obj to PSI by 12-29-92; Addendum to PSI by 1-5-93; obj to addendum by 1-12-93; sentencing 2-2-93 @ 1:45<br>Cpy Judge,AUSA,PT,PB,USM,Cnsl,Esther/dkt  12-14-92 AJF/mr | | | | |
| **1993**<br>*<br>Jan 6 | **SECOND AMENDED SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)...**Written objections to PSI Noon 1-12-93; addendum to PSI noon 1-19-93; objections to addendum 1-28-93; sentencing scheduled at 1:45 pm on 2-2-93; Dist 1-7-93    AJF/mr | | | | |
| * JAN 5 | MOTION TO EXTEND TIME FOR FILING DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT  (Deft)    cab | | | | |
| JAN 12 | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT (Deft) cab | | | | |
| Jan 12 | GOVERNMENTS MOTION FOR DOWNWARD DEPARTURE IN THE SENTENCING GUIDELINES PURSUANT TO SECTION 5K 1 AND TITLE 18, UNITED STATES CODE, SECTION 3553 (e)   mr | | | | |

SEE NEXT PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — William Allan Hoffman — 3:90-cr-034    PAge

AO 256A

| DATE 1993 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|
| feb 2 | M.E. Deft. sentenced.   AJF/dh   JUDGMENT IN A CRIMINAL CASE ... deft. sent. on count 1 of the 2nd superseding indictment filed 7/10/91 to 144 months ... surrender by 2 PM on 1/4/94 ... placed on supervised release for 5 years ... with 4 special conditions ... remaining counts are dismissed ... pay $50 MSA.  dkt'd 2/4/93                           AJF/dh   copies to counsel,pt.,prob.,marshal & EV | |
| Feb 10 | MOTION FOR RETURN OF BOND DEPOSIT                    cb   ORDER.....granting mtn for return of bond deposit. Accordingly, Court orders the District Clerk for the ND/TX to remit to Melvyn Carson Bruder the $5,000 deposited as bail to secure the release.  D-2/11/93, Dkt'd 2/11/93                                     AJF/cb | |
| Feb 19 | Refund of his cash deposit in the sum of $5,000 is approved.                                                   cb | |
| 1995 DEC 22 | MOTION UNDER 18:3582 for reduction of sentence based on guideline amendment effective 11-1-95 concerning reduction of upper limit of drug quantity table.              svc | |
| 1996 JAN 10 | MOTION FOR REDUCTION OF SENTENCE IS DENIED   AJF:svc   dkt/dist 1-11-96 | |
| DEC 9 | GOVT'S MOTION FOR REDUCTION OF SENTENCE FOR CHANGED CIRCUMSTANCES, PURSUANT TO RULE 35             svc | |
| DEC 12 | DFT'S RESPONSE TO GOVT'S MOTION FOR REDUCTION OF SENTENCE | |
| 1997 FEB 19 | Order granting USA's mt for reduction of sentence. The court effects a downward departure from offense level of 33 to 27 and reduces Hoffman's sentence to 84 months        AJF/lmm | |
| Dec. 3 | ORDER... re: petition for offender under supervision... Court Orders that the conditions of supervised release of dft be modified by the addition of conditiion; dft shall particpate in a drug treatment program approved by the US Probation Office for treatment of narcotics or drug or alcohol dependancy which will include testing for the detection of substance use or abuse. (dck/dist. 12/4/97)                AJF/krs | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

# CRIMINAL DOCKET - U.S. District Court

**CR 3-90-034-GA** JOE FISH

Case Filed: AUG 31 1993

| PO | 0539 | 03 | 3918 | ☐ JUVENILE | PEREZ, FRANCISCO a/k/a "Paco" 3998 | 2 | 15 | 90 | 00034 | X07 08 |
| Misd. ☐ | | | Disp./Sentence 5a.16 | ☐ ALIAS | | | | | | |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute Cocaine, a Schedule II controlled subst. Ct. 1 (8/86-11/89) | 1 | ✓ |
| **SUPERSEDING INDICTMENT 11-15-90** | | | |
| 21:846 | Conspiracy to the possession with intent to distribute Cocaine, a Schedule II controlled substance. Ct. 1 (8-30-86 thru 11-15-90) | 1 | ✓ |
| **SUPERSEDING INDICTMENT 7-10-91** | | | |
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute cocaine, a Schedule II controlled subst. Ct. 1 (8-30-86 thru 11-15-90). | 1 | ✓ |

## II. KEY DATE

- INTERVAL ONE — KEY DATE EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE APPLICABLE: 12-12-90 — ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver
- KEY DATE: 7-10-91 / 11-15-90 — a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☒ Supsdg ☒ Ind ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn
- END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal  Pled guilty { After N.G. / Nolo { After nolo  Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 8-4-93 | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED: ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't ☒ motion |

## III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION or REMOVAL HEARING: Date Scheduled / Date Held
☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT
Tape Number

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:
See attached page for other defts.

RULE: 20 21 40 In Out

## IV. ATTORNEYS

U.S. Attorney or Asst: Mark D. McBride, AUSA.

Defense: 1 ☐ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non/Other. 6 ☐ PD. 7 ☐ CD

### BAIL ● RELEASE

**PRE-INDICTMENT**
Release Date
☐ Bail Denied  ☐ Fugitive  ☐ Pers. Rec.  ☐ PSA
AMOUNT SET $
Date Set
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
☐ Bail Not Made
Date Bond Made

**POST-INDICTMENT**
Release Date
☐ Bail Denied  ☐ Fugitive  ☐ Pers. Rec.  ☐ PSA
AMOUNT SET $
Date Set
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
☐ Bail Not Made
Date Bond Made

APPEALS FEE PAYMENTS

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

| DATE / DOCUMENT NO. | V. PROCEEDINGS | EXCLUDABLE DELAY |
|---|---|---|
| **1990** | | |
| Feb 15 | INDICTMENT. (Sealed)                                                                                              gs | |
| Feb 16 | Issued WARRANT FOR ARREST.                                                                                       gs | |
| Nov 15 | **SUPERSEDING INDICTMENT** (Supersedes Indictment filed on February 15, 1990)                                    gs | |
| Nov 19 | Issued WARRANT FOR ARREST.                                                                                       gs | |
| Dec 11 | GOVERNMENT'S MOTION TO DISMISS                                                                                   ns | |
| Dec 11 | ORDER...that the original indictment filed on February 15, 1990 is hereby DISMISSED pursuant to the superseding indictment filed on November 15, 1990.<br>    Dist 12/14 - dkt 12/14/90                                                                          gs | |
| Dec 12 | MOTION TO UNSEAL  (Govt.)                                                                                        gs | |
|  | ORDER...that this indictment is unsealed as to this defendant.<br>    Dist 12/13 - dkt 12/14/90.                                                                                AJF/gs | |
| **1991** | | |
| JAN 15 | ORDER......the govt motion requesting a continuance of the trial is granted the trial is set for 9-3-91.<br>   dktd 1-17-91<br>   cy Judge, ausa, pt, pb, usm, atty and Marie                AJF/vp | |
| JUL 10 | **SUPERSEDING INDICTMENT** (Supersedes superseding indictment of 11-15-90).                                      gj | |
| JUL 12 | Issued WARRANT FOR ARREST .                                                                                      gj | |
| JUL 15 | MOTION TO UNSEAL (Govt).                                                                                         gj | |
|  | **ORDER TO UNSEAL**...that the superseding indictment filed 7-10-91 is unsealed as to the named defts only.<br>Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie.<br>(dktd 7-19-91).                                                                                          AJF/gj | |
| JUL 24 | USM RETURN ON WARRANT FOR ARREST (Issued 11-19-90)... returned unexecuted per superseding warrant signed 7-12-91.                                                                                                                    gj | |
| **1993** | | |
| May 11 | Placed on 3998 status per memo from S Sharp                                                                      cb | |
| Aug 4 | **SEALED MOTION**                                                                                                CB | |
|  | **SEALED ORDER**                                                                                                 cb | |

CONTINUED TO PAGE

# CRIMINAL DOCKET - U.S. District Court

**CR3-90 034-G**

| | | |
|---|---|---|
| PO ☐ | 0539 03 3918 | ☐ JUVENILE |
| Misc. ☐ | Disp./Sentence 3918 | ☐ ALIAS |
| Felony ☒ District | Off | Judge/Magistr. |

MENDOZA, DANIEL ALVAREZ a/k/a "CHATO"

Case Filed: 2/15/90  Docket No. 00034  Def. 06

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute Cocaine, a Schedule II controlled subst. (8/86-11/89) | 1 | X |
| 21:841(a)(1) 18:2 | Distribution of Cocaine, a Schedule II controlled subst. and Aiding and abetting. Ct.27(2-23-89) Ct. 41(3-11-89) Ct. 47(3-15-89) Ct. 67(4-19-89) CT. 130 (8-3-89) Ct. 144 (8-24-89) | 6 | X |
| 21:843(b) | Use of telephone to facilitate the distribution of Cocaine, a Schedule II controlled subst. Ct. 12(9-27-88) Cts.17,18 (1-10-89) Ct.19(2-20-89) Ct. 20(2-22-89) Ct. 21,22,23,24,25,26,27,28,(2-23-89) Ct.29(2-26-89) Ct.30 | | |

SUPERSEDING COUNTS

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE 12-12-90 APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver
- KEY DATE 12-12-90 / 7-10-91 / 11-15-90: a) ☐ 1st appears on pending charge /R40 b) ☐ Receive file R20/21 c) ☐ Supsdg: ☐Ind ☐Inf d) ☐ Order New trial e) ☐ Remand f) ☐ G/P Withdrawn
- END INTERVAL TWO — KEY DATE 11-26-91 APPLICABLE: ☐ Dismissal ☐ Pled guilty ☐ After N.G. ☐ Nolo ☐ After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 11-26-91 | SENTENCE DATE 1-26-93 | PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued/Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: ☐ DISMISSED |
| Summons | Issued/Served | | | PRELIMINARY EXAMINATION / REMOVAL HEARING | Date Scheduled ▶ / Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | 2/16/90 | HBS/3914 | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | | | | | |

Date of Arrest / OFFENSE (In Complaint): 2-20-91; 2-21-91; 2-22-91; 3-8-91; 3-15-91; 9-3-91; 1-6-92

C: 349
M: 35

Show last names and suffix numbers of other defendants on same indictment/information:
See other page for defts.

RULE: 20 21 40 In Out

## IV. ATTORNEYS

U.S. Attorney or Asst.:
Mark D. McBride, AUSA.

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Tom Zachary
1300 S. University Drive
Suite 602 220
Ft. Worth, Texas 76107
[CORRECTION stamp]

Tom L. Zachry
Randy S. Myers
ZACHRY MYERS & MYERS
1300 S. University Drive
Suite 602
Fort Worth, TX  76107
817 332-3223

At March 1996:
#24851-013
37950 N. 45th Avenue
  Dept. #1500
PHOENIX  AZ  85027-7059

### BAIL • RELEASE

PRE-INDICTMENT
Release Date / Bail ☐ Denied / ☐ Fugitive ☐ Pers. Rec. ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Bail Not Made ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set / Date Bond Made

POST-INDICTMENT
Release Date / Bail ☐ Denied / ☐ Fugitive ☐ Pers. Rec. ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Bail Not Made ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set / Date Bond Made

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |

**CRIMINAL DOCKET** — U.S. District Court (LAST, FIRST MIDDLE)

MENDOZA, DANIEL ALVAREZ

Page 1A

Docket No. 00034

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED |
|---|---|
| 21:843(b) | (2-28-89) Ct. 31(3-4-89) Cts. 33,34,35,36,37,(3-9-89) |
| continued | Cts. 38,39 (3-10-89) Cts. 40, 42thru 46(3-11-89) Cts. 48, |
| | 49 (3-17-89) Ct.50 (3-29-89) Ct.51(3-30-89) Ct.52(3-31-89) |
| | Ct. 53(4-2-89) Ct.54(4-6-89) Ct.55,56 (4-7-89) Cts. 57, |
| | 58 (4-10-89) Ct. 59(4-12-89) Cts. 60,61,62 (4-13-89) Cts |
| | 63,64 (4-15-89) Cts. 65 (4-16-89) Ct. 66(4-18-89) Cts. 68, |
| | 69 (4-20-89) Cts. 72,73 (5-5-89) Cts. 75,76 (5-8-89) Ct. |
| | 80(5-17-89) Ct. 81(5-18-89) Ct. 82(5-24-89) Ct. 86(6-2-89) |
| | Ct. 78(5-16-89) Ct. 89(6-5-89) Ct. 94(6-7-89) Ct.100(6- |
| | 21-89) Ct. 102(6-26-89) Ct. 103(6-27-89) CT. 105(7-1-89) |
| | (Ct.104 6-28-89) Ct.106(7-3-89) Cts.107,108,109(7-7-89) continued.. |

# CRIMINAL DOCKET — U.S. District Court

**3 90 CR 0034 - G**

MENDOZA, DANIEL ALVAREZ

Page 1B

Docket No. 00034   Def. 07

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED |
|---|---|
| 21:843(b) | Cts.110,111 (7-10-89) Ct.112(7-11-89) Ct.113(7-12-89) Ct.114(7-14-89) Ct.115(7-15-89) Ct.116(7-17-89) Ct. 118 (7-24-89) Ct.119(7-25-89) Ct.120(7-27-89) Cts. 121,123 (7-28-89) Ct.124,125,126(7-29-89) Ct.127(8-1-89) Ct.131 (8-18-89) CT.137(8-22-89) Ct.142(8-24-89)Ct. 145,146,149 ((8-25-89) Cts.152,153(8-26-89) Ct.155(8-28-89) Cts. 158, 159,160,163(8-29-89) Cts.164,165,167,168,169(8-30-89) Cts.170,171(8-31-89) Ct.172(9-1-89) Ct.173,174,175,176, 178,(9-2-89) Cts.179,180(9-5-89) Ct.182(9-6-89) Cts 184 thru 187(9-8-89) Cts. 189,190(9-9-89) Cts. 191,192(9-10 -89) Ct. 195(9-11-89) Ct. 196(9-12-89) Ct.197(9-15-89) Cts. 198,199(9-16-89) continued |

# CRIMINAL DOCKET - U.S. District Court

**3-90-CR-0034-G**

| | | |
|---|---|---|
| PO ☐ | | |
| Misd. ☐ | Disp./Sentence | |
| Felony ☐ District / Off / Judge/Magistr. | | |

MENDOZA, DANIEL ALVAREZ

Page 1C

Docket No. 00034  Def. 07

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:843(b) | Ct. 201 thru 204 (9-17-89) Cts. 205,207,208,210 (9-18-89) Ct. 212 (9-19-89) Ct. 214 (9-20-89) Ct. 215 (9-20-89) Cts. 217, 218 (9-30-89) Ct. 219 (10-22-89) Ct. 221 (11-4-89) Ct. 222 (11-13-89). | | |
| 21:848 | Continuing criminal enterprises. CT. 223 (8/86-11/89) | 1 | X |
| 18:371 | Conspiracy to the transportation & attempted transportation of monetary instrumtns or funds outside of the U.S. Ct. 224 (8/86-11/89) | 1 | X |

| | | |
|---|---|---|
| CRIMINAL DOCKET · U.S. District Court | 3-90-CR-0034-G LAST-FIRST MIDDLE | Case Filed Mo. Day Yr. / Docket No. / Def. |
| PO ☐ | MENDOZA DANIEL ALVAREZ | |
| Misd. ☐ Disp./Sentence ☐ JUVENILE ☐ ALIAS | | No. of Def's U.S. MAG. CASE NO. |
| Felony ☐ District ☐ Off ☐ Judge/Magistr. ☐ OFFENSE ON INDEX CARD | Page 1D | |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| **Superseding INdictment 11-15-90** | | | |
| 21:846 | Conspiracy, to the possession with intent to distribute Cocaine, a Schedule II controlled subst. (6-30-86 thru 11-15-90) | 1 | ☒ |
| 21:843(b) | Use of telephone to facilitate felony drug violations. Ct. 9 (9-27-88) Ct. 14,15 (1-10-89) Ct. 16 (2-20-89) Ct. 17(2-22-89) Ct. 18,19, 20,21,22 (2-23-89) Ct. 23(2-26-89) Ct.24(2-28-89) Ct.25 (3-4-89)Ct.26,27,28 (3-9-89)Ct.29, 30(3-10-89)Ct.31(3-11-89) Ct. 33 (3-11-89)Ct.35(4-10-89) Ct.36,37(4-15-89)Ct.38(4-16-89)Ct.39(4-18-89)Ct.42(5-5-89)Ct.44(5-16-89)Ct.45(5-24-89)Ct.47(6-5-89) Ct.50(6-7-89) | 30 | |
| | See Page 1E continued.. | SUPERSEDING COUNTS | |

### II. KEY DATE

INTERVAL ONE — KEY DATE EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg: ☐ Indt ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal ☐ Pled guilty {☐ After N.G.} ☐ Nolo {☐ After nolo} ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion

### III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | INITIAL/NO. | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION {Date Scheduled / OR REMOVAL HEARING / Date Held ▶} | | |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED Tape Number | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☐ PD.  7 ☐ CD

BAIL ● RELEASE

PRE-INDICTMENT
- Release Date
- ☐ Bail Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST-INDICTMENT
- Release Date
- ☐ Bail Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |
| | | | | | |

# CRIMINAL DOCKET — U.S. District Court

**3 90 CR 0034-G**

MENDOZA DANIEL ALVAREZ

Page 1E

Docket No. 00034  Def. 07

## I. CHARGES

**U.S. TITLE/SECTION:** 21:843(b)

**OFFENSES CHARGED:**

Ct. 54(6-26-89) Ct. 55,56(7-7-89) Ct. 57(7-12-89) Ct. 58(7-15-89)Ct. 59 (7-25-89)Ct.60 (7-27-89)Ct.61,63(7-28-89) Ct. 64(7-29-89)Ct.65(8-1-89)Ct.69(8-18-89) Ct. 73(8-24-89) Ct.76(8-25-89)Ct.79(8-25-89) Cts.82,83(8-26-89) Cts.85,86,87(8-29-90) Cts.88,90,91(8-30-89)Cts.92,93(8-31-89) Cts.94,95,96(9-2-89)Ct.98(9-5-89)Cts. 99,100,101,102(9-8-89)Cts.104,105(9-9-89)Ct.106(9-10-89)Ct.109(9-11-89) Ct.110(9-15-89)Ct.11(9-16-89)Ct.112,113,114,115(9-17-89) Ct.116,118(9-18-89)Ct.119(9-20-89)Ct.121(9-30-89)Ct.122 (9-30-89)CT.123(10-22-89)Ct.125(11-4-89)Ct.126(11-13-89)

Continued on page 1F

SUPERSEDING COUNTS: 81