| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1991** | | | | | |
| AUG 5 | AMENDED AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt).                                                              gj | | | | |
| AUG 5 | **AMENDED ORDER**...that this case is continued and is rescheduled and set for trial on 1-6-92 at 9 am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 8-7-91).                                              AJF/gj | | | | |
| **1992** | | | | | |
| Jan 31 | **ORDER**... that the superseding indictment in this case is Herby DISMISSED as to the above named defendant only.    Dist 2/3/92  dkt 2/4/92.                                AJF/gs | | | | |
| Jan 30 | DISPOSITION AGREEMENT. (Joint)                                  gs | | | | |
| | GOVERNMENT'S MOTION TO DISMISS.                                  gs | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

# CRIMINAL DOCKET - U.S. District Court

**(LAST, FIRST, MIDDLE):** BREDESON, KANDIE

| Case Filed Mo | Day | Yr. | Docket No. | Def. |
|---|---|---|---|---|
| 2 | 15 | 90 | 00034 | 41 |

No. of Def's: 41

- PO: 0539 03 3918
- Misd.: ☐
- Felony: ☒
- District
- Disp./Sentence: 3918
- JUVENILE ☐
- ALIAS ☐

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 18:4 | Misprision of a felony. Ct. 226 (8/86 - 11/89) | 1 | X |
| **SUPERSEDING INDICTMENT 11-15-90** | | | |
| 18:4 | Misprision of a felony. Ct. 129 (8-9-88 thru 12-7-88) | 1 | X |
| **SUPERSEDING INDICTMENT 7-10-91** | | | |
| 18:4 | Misprision of a felony. Ct. 123 (8-9-88 thru 12-7-88) | 1 | X |

## II. KEY DATE

- **INTERVAL ONE** — KEY DATE (EARLIEST OF): ___
  - ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint
- **END ONE AND/OR BEGIN TWO** — KEY DATE (APPLICABLE): 12-12-90
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver
- KEY DATE (LATEST OF): 12/12/90, 7-10-91, 11-15-90
  - ☒ 1st appears on pending charge /R40
  - ☐ Receive file R20/21
  - ☒ Supsdg ☒ Ind ☐ Inf
  - ☐ Order New trial
- **END INTERVAL TWO** — KEY DATE (APPLICABLE): 1-27-92
  - ☐ Dismissal
  - Pled ☐ guilty / After N.G.
  - ☐ Nolo / After nolo
  - ☐ Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1-27-92 | | | |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|
| Search Warrant Issued/Return | | | | | ☐ DISMISSED |
| Summons Issued/Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING: Date Scheduled / Date Held | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | 2/16/90 | HBS/3914 | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

See attached page for other defts.

RULE: 20 ☐ 21 ☐ 40 ☐ In ☐ Out ☐

## IV. ATTORNEYS

**U.S. Attorney or Asst.:** Mark D. McBride, AUSA.

**Defense:** 1 ☐ CJA  2 ☒ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

Jay Ethington
3601 NCNB Plaza
901 Main St., Suite 3601
Dallas, TX 75202
214 742-1201

Kandie Bredeson
2300 May Labe
Grand Prairie, Texas

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date: ___
- ☐ Bail Denied
- ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- AMOUNT SET: $___
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- Date Set: ___
- ☐ Bail Not Made
- Date Bond Made: ___

**POST-INDICTMENT**
- Release Date: 12/12/90
- ☐ Bail Denied
- ☐ Fugitive ☒ Pers. Rec. ☒ PSA
- AMOUNT SET: $___
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- Date Set: ___
- ☐ Bail Not Made
- Date Bond Made: ___

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | | V. PROCEEDINGS | V. EXCLUDABLE DELAY Start Date/End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| **1990** | 1 | (OPTIONAL) Show last names of defendants | | | |
| Feb 15 | | **INDICTMENT. (Sealed)**                                                gs | | | |
| Feb 16 | | Issued WARRANT FOR ARREST.                                gs | | | |
| Nov 15 | | **SUPERSEDING INDICTMENT.**                                        gs | | | |
| Nov 19 * * | | Issued WARRANT FOR ARREST.                                gs | | | |
| Dec 12 | | MOTION TO UNSEAL (Govt.)                                        gs | | | |
| Dec 12 | | **ORDER**... that the Superseding Indictment filed 11-15-90 is unsealed to the above named deft.<br>     Dist 12-13-90 - dkt 12-17-90                      AJF/gs | | | |
| | | ORDER SETTING CONDITIONS OF RELEASE - Personal Recognizance.                                              JEJ/bw<br>cys: pretrial, marie | | | |
| *Dec 11 | | GOVERNMENT'S MOTION TO DISMISS                              ns | | | |
| *Dec 11 | | **ORDER**...Govt's mtn to dism original indictment is **GRANTED**. It is **ORDERED** that original indictment filed 2/14/90 is **DISMISSED** pursuant to superseding indictment filed 11/15/90.                              AJF/ns<br>dist 12/14/90; dktd 1/7/91 | | | |
| Dec 13 | | RETURN on 11/19/90 Warrant - date of arrest 12/12/90, by Larry A. Davis, Special Agent FBI.          ns | | | |
| Dec 18 | | **M.E.**...Arraignment. Jay Ethington (retained) for deft. Deft cont on PR. Deft waived reading of Indictment; plea - not guilty. Trial set for 4 week docket beginning 2/4/91; PTO to issue.                                              AJF/ns | | | |
| | | **PRETRIAL ORDER**...Setting case for trial 2/4/91; setting deadlines for filing pretrial materials; & Notice **SANCTIONS** will be imposed if pretrial requirements not met. See Order for specifics.          AJF/ns<br>dist 12/19/90; dktd 1/7/91 (cy to Ethington 1/7/91) | | | |
| **1991** * | | | | | |
| Jan 10 | | **PRETRIAL ORDER**...setting deadlines for filing of pretrial material; setting case for trial on Court's four-week docket beginning Mar 4, 1991; a final pretrial conference is set for Fri, Mar 1, 1991 at 3:00 p.m.; SANCTIONS will be imposed if these pretrial requirements are not met. dkt'd 1-11-91 cys to Judge, AUSA, PT, PB, USM, Marie & deft's cnsl                                              AJF/bs | | | |
| * Jan 8 | | GOVERNMENT'S MOTION FOR CONTINUANCE AND FOR CERTIFICATION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161 (h)(8)(B)(ii)                                                    gs | | | |
| Jan 15 | | **ORDER**... the Govt's motion requesting a continuance of the trial is GRANTED and trial is now set for 9-3-91.<br>     Dist 1-15/dkt 1-17-91.                              AJF/gs | | | |

**SEE NEXT PAGE**

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs KANDIE BREDESON   Page 3    CR3-90-034-G (41)

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1991 | | | | | |
| Jan 16 | **AMENDED PRETRIAL ORDER**... The court's 1-10-91 pretrial order is VACATED and this case is set for trial on 9-3-91; by 8-2-91 the Govt shall provide full discovery to ea dft; by 8-2-91 ea dft shall provide full discovery to the Govt; by 8-2-91 the Govt shall provide ea dft with exculpatory evidence; by 8-10-91 all pretrial mtns shall be filed; by 8-17-91 the Govt's response to pretrial motions shall be filed and any reply by deft due by 8-23-91; and by 8-23-91 all pretrial material is due; a FINAL PRETRIAL CONF., is set for 8-30-91 at 3:00 p.m. Dist 1-15-91 and dkt 1-17-91.         JAF/gs | | | | |
| JUL 10 | **SUPERSEDING INDICTMENT** (Supersedes superseding indictment of 11-15-90).         gj | | | | |
| JUL 15 | MOTION TO UNSEAL (Govt).         gj  **ORDER TO UNSEAL**...that the superseding indictment filed 7-10-91 is unsealed as to the named defts only. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 7-19-91).         AJF/gj | | | | |
| JUL 26 | AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt).         gj | | | | |
| JUL 31 | **ORDER**...that this case is continued and is hereby rescheduled and set for trial on 1-6-92 at 9 am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 8-1-91).         AJF/gj | | | | |
| AUG 1 | **SECOND AMENDED PRETRIAL ORDER**...that the court's 1-16-91 amended PT order is VACATED...case is reset on 4-wk dkt beg. 1-6-92...by 12-6-91 all parties shall provide full discovery, the govt shall provide deft w/exculpatory evidence, govt shall provide Jencks Act material... by 12-13-91 all PT mtns shall be filed...by 12-20-91 govt's response to PT mtns shall be filed...by 12-27-91 reply by defts shall be filed...by 12-27-91 all PT materials shall be filed...final PT conf set for 1-3-92 at 3 pm (See order for specifics). Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (Dkt. 8-2-91).         AJF/gj | | | | |
| AUG 5 | AMENDED AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt).         gj | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | | |
| CRIMINAL DOCKET | BREDESON, KANDIE | PG 4 | CR3-90-034-G |
| AO 256A | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| **1991** | | |
| AUG 5 | **AMENDED ORDER**...that this case is continued and is rescheduled and set for trial on 1-6-92 at 9 am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 8-7-91).                                        AJF/gj | |
| **1992** | | |
| Jan 24 | GOVERNMENT'S MOTION TO DISMISS.                gs | |
|  | DISPOSITION AGREEMENT.                         gs | |
| Jan 27 | **ORDER**... that the superseding indictment in this cause is DISMISSED as to Kandie Bredeson. Dist 1/28 - dkt 2/3/92.                        AJF/gs | |

# CRIMINAL DOCKET - U.S. District Court

**(LAST, FIRST, MIDDLE)**
RIVERA, ISREAL a/k/a Ray

Case Filed: 11-15-90
Docket No.: 00034
Def.: 42
No. of Def's: 42

PO: 0539 03 3918
Felony: [X] District
JAN 31 1992

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 18:4 | Misprision of a felony. Ct. 131 (1-31-89 thru 11-13-89) | 1 | X |
| **SUPERSEDING INDICTMENT 7-10-91** | | | |
| 18:4 | Misprision of a felony. Ct. 125 (1-31-89 thru 11-13-89) | 1 | X |

## II. KEY DATE

- **INTERVAL ONE** — KEY DATE (EARLIEST OF): [blank]
- **END ONE / BEGIN TWO** — KEY DATE (APPLICABLE): 12-12-90 / 7-10-91 / 11-15-90 — Indictment filed/unsealed [X]
- **LATEST OF** — KEY DATE: 1st appears on pending charge/R40 [X]; Supsdg: Ind [X] Inf [X]
- **END INTERVAL TWO** — KEY DATE (APPLICABLE): 1-27-92 — Dismissal [X]; Pled guilty

DISPOSITION DATE: 1-27-92

FINAL CHARGES DISMISSED: on def motion [X]

## III. MAGISTRATE

(blank)

## IV. ATTORNEYS

U.S. Attorney or Asst.: (illegible)

Defense: 1 [X] CJA

Christopher Miltenberger
2001 Bryan Street
Suite 3200
Dallas, Tx 75201
(214) 979-3000

Steve Cockerham
5820 Terrace Trl.
Fort Worth, Tx
626-6556

### BAIL • RELEASE

**POST-INDICTMENT**
Release Date: 12/12/90
Pers. Rec. [X]
PSA [X]

| DATE DOCUMENT NO. | Yr. | Docket No. | Def. | MASTER DOCKET MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | AGE | PAGE of | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|---|

### V. PROCEEDINGS

**1990**

**Nov 15** — **SUPERSEDING INDICTMENT.**                                    gs

**Nov 19** — Issued WARRANT FOR ARREST.                                    gs

**Dec 12** — MOTION TO UNSEAL (Govt.)                                       gs

**ORDER**... that the superseding indictment filed 11-15-90 is unsealed to the above named deft.
   Dist 12-13-90 - dkt 12-17-90                                             AJF/gs

ORDER SETTING CONDITIONS OF RELEASE - Personal Recognizance.                JEJ/bw
cys: pretrial, marie

Filed ORDER APPOINTMENT FOR COUNSELING SERVICES to Christopher R. Miltenberger. Atty. notified by letter and telephone of appt.                                                JEJ/bw
cys: judge, ausa, pt, marie

**Dec 13** — RETURN ON WARRANT - date of arrest 12/12/90, by SA, FBI.    ns

**Dec 18** — M.E....Arraignment. Steve Cocherham for deft. Deft cont on PR. Deft waived reading of Indictment; plea - not guilty. Trial set for 4 week docket beginning 2/4/91. PTO to issue.                                        AJF/ns

**PRETRIAL ORDER**...Setting case for trial 2/4/91; setting deadlines for filing pretrial materials; & Notice **SANCTIONS** will be imposed if pretrial requirements not met. See Order for specifics.                              AJF/ns
dist 12/19/90; dktd 1/7/91

**Dec 21** — POTENTIAL SCHEDULING CONFLICT (deft)                           ns

**1991**

**Jan 10** — **PRETRIAL ORDER**...setting deadlines for filing of pretrial material; setting case for trial on Court's four-week docket beginning Mar 4, 1991; a final pretrial conference is set for Fri, Mar 1, 1991 at 3:00 p.m.; SANCTIONS will be imposed if these pretrial requirements are not met. dkt'd 1-11-91 cys to Judge, AUSA, PT, PB, USM, Marie & deft's cnsl                                                         AJF/bs

**Jan 8** — GOVERNMENT'S MOTION FOR CONTINUANCE AND FOR CERTIFICATION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii)                                                      gs

**Jan 15** — **ORDER**... the Govt's motion requesting a continuance of the trial is GRANTED and trial is now set for 9-3-91.
   Dist 1-15/dkt 1-17-91.                                                    AJF/gs

**Jan 16** — **AMENDED PRETRIAL ORDER**... The court's 1-10-91 pretrial order is VACATED and this case is set for trial on 9-3-91; by 8-2-91 the Govt shall provide full discovery to ea dft; by 8-2-91 ea dft shall provide full discovery to the Govt; by 8-2-91 the Govt shall provide ea dft with exculpatory evidence; by 8-10-91 all pretrial mtns shall be filed; by 8-17-91 the Govt's response to pre-trial motions shall be filed and any reply by deft due by 8-23-91; and by 8-23-91 all pretrial material is due; a FINAL PRETRIAL CONF., is set for 8-30-91 at 3:00 p.m.   Dist 1-15                                       AJF/gs

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs  ISREAL RIVERA    Page 3       CR3-90-034-G (42)

AO 256A

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| **1991** | | | | | |
| JUL 10 | **SUPERSEDING INDICTMENT** (Supersedes superseding indictment of 11-15-90). gj | | | | |
| JUL 15 | MOTION TO UNSEAL (Govt). gj | | | | |
| | **ORDER TO UNSEAL**...that the superseding indictment filed 7-10-91 is unsealed as to the named defts only. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 7-19-91). AJF/gj | | | | |
| JUL 26 | AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt). gj | | | | |
| JUL 31 | **ORDER**...that this case is continued and is hereby rescheduled and set for trial on 1-6-92 at 9 am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 8-1-91). AJF/gj | | | | |
| AUG 1 | **SECOND AMENDED PRETRIAL ORDER**...that the court's 1-16-91 amended PT order is VACATED...case is reset on 4-wk dkt beg. 1-6-92...by 12-6-91 all parties shall provide full discovery, the govt shall provide deft w/exculpatory evidence, govt shall provide Jencks Act material... by 12-13-91 all PT mtns shall be filed...by 12-20-91 govt's response to PT mtns shall be filed...by 12-27-91 reply by defts shall be filed...by 12-27-91 all PT materials shall be filed...final PT conf set for 1-3-92 at 3 pm (See order for specifics). Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (Dkt. 8-2-91). AJF/gj | | | | |
| AUG 5 | AMENDED AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt). gj | | | | |
| AUG 5 | **AMENDED ORDER**...that this case is continued and is rescheduled and set for trial on 1-6-92 at 9 am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 8-7-91). AJF/gj | | | | |
| **1992** | | | | | |
| Jan 24 | GOVERNMENT"S MOTION TO DISMISS. gs | | | | |
| | DISPOSITION AGREEMENT. gs | | | | |
| Jan 27 | **ORDER**... that the superseding indictment in this cause is DISMISSED as to this deft. I. Rivera. Dist 1/28 - dkt 2/3/92. AJF?gs | | | | |

**SEE NEXT PAGE**

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                              ISREAL RIVERA            Page 4                    CR3-90-034-G
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1992 | | | | | |
| Feb 27 | APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL, approved in the amount of $308.80.   gs | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

# CRIMINAL DOCKET — U.S. District Court

| | | |
|---|---|---|
| CR 3-90-034-G | ARANDA, JULIO CESAR aka "Chano" | Case Filed: 7-10-91 • Docket No. 90-00034 • Def. 43 |

PO: 0539 03 3918  
Disp/Sentence: 3919  
Felony ☒  District  Off  Judge/Magistr  
APR 30 1992

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM / NG |
|---|---|---|---|
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute cocaine, a Schedule II controlled subst. Ct. 1 (8-30-86 thru 11-15-90). | 1 | |
| 18:371 | Conspiracy to transport & attempt to transport monetary instruments or funds outside of U.S. Ct. 122 (8-30-86 thru 7-10-91). | 1 | X |

NLT: 11-13-91   11-14-91 FH   1-6-92

## II. KEY DATE

- INTERVAL ONE — KEY DATE (EARLIEST OF): —
- END ONE / BEGIN TWO — KEY DATE: 8-8-91 — X Indictment filed/unsealed — Superseding
- KEY DATE: 8/30/91 ; 7-10-91  — a) X 1st appears on pending charge /R40 ; c) X Supsdg X Ind Inf
- END INTERVAL TWO — KEY DATE: 1-2-92 — X Pled guilty  X After N.G.

Disposition Date: 1-2-92   Sentence Date: 4-28-92  
PTD / Nolle Pros.

## III. MAGISTRATE

(blank)

6: 125  
N: 70

## ATTORNEYS

U.S. Attorney or Asst.: Mark D. McBride, AUSA

Defense: 2 ☒ Ret

Aaron Pena  
600 S. Closner  
Edinburg, TX 78539  
512 383-5311

### BAIL • RELEASE

POST–INDICTMENT: Bail Denied ☒

| DATE<br>DOCUMENT NO | V. PROCEEDINGS | Start Date<br>End Date | Ltr Code | Total Days |
|---|---|---|---|---|
| **1991**<br>JUL 10 | **SUPERSEDING INDICTMENT.** gj | | | |
| | ✓ Issued WARRANT FOR ARREST. gj | | | |
| AUG 8 | MOTION TO UNSEAL (Govt). gj | 8-8-91<br>8-8-91 | 6 | 1 |
| | **ORDER TO UNSEAL**...that the superseding indictment filed 7-10-91 is unsealed as to the above named deft only. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 8-8-91). AJF/gj | | | |
| AUG 19 | Received Magistrate papers from the Southern District of Texas as follows:<br>  Certified copy of Magistrate's Criminal Minutes-Initial appearance<br>  Certified copy of Defendant Information Relative to a Criminal Act<br>  Certified copy of Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act<br>  Certified copy of Magistrate's Criminal Minutes, 8-14-91<br>  Certified copy of Order of Detention Pending Trial<br>  Certified copy of Commitment to Another District<br>  Copy of Government Exhibit 1 and 2. gj | | | |
| SEP 12 | ENTRY OF APPEARANCE OF COUNSEL (Pena). gj | | | |
| SEP 10 | **M.E...ARRAIGNMENT**...Julio Cesar Aranda w/atty Aaron Pena.. Interpreter sworn; Deft waived reading Ind.; Deft plead NG; trial set for 4-wk dkt beg. 1-6-91; PTO to issue; deft remanded to cust. of USM; deft. asked court to make De Nova ruling on the Mag.'s decision to detain deft. Court requested deft to produce the proper documents... S. Sharp, CD...C. Casey, CR. gj | 9-10-91<br>9-10-91 | H | 1 |
| SEP 13 | GOVERNMENT'S RESPONSE TO DEFENDANT JULIO CESAR ARANDA MOTION TO SET BOND. gj | | | |
| SEP 18 | **PRETRIAL ORDER**...case set for trial on 4-wk dkt beg. 1-6-92...by 12-6-91, parties shall provide full disc., govt shall provide exculpatory evidence...govt shall provide Jencks Act material on day prior to testimony of witness...by 12-13-91 all PT mtns shall be filed... by 12-20-91 the govt's response to PT mtns shall be filed & reply by 12-27-91...by 12-27-91 all PT materials shall be filed...final PT conf set for 1-3-92 at 3 pm...**SANCTIONS will be imposed if these PT requirements are not met.** Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 9-18-91). AJF/gj | 11-15-91<br>1-6-92 | T4 | 53 |
| DEC 2 | **ORDER**...a pretrial conference is scheduled for Thursday, December 12, 1991 at 10am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 12/3/91). AJF/jb | | | |

SEE NEXT PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   JULIO CESAR ARANDA   Page 3   CR3-90-034-G

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| 1991 | (Document No.) | (a) (b) (c) (d) |
| Dec 11 | "**Filed under seal**" MOTION.   gs | |
| Dec 12 | M.E. - PRETRIAL CONFERENCE... Govt. estimated time of trial to be approximately 8 weeks. Ct went over pre-trial matters with counsel.   gs | |
| Dec 19 | MOTION (Govt.) **SEALED**.   gs | |
| | **ORDER... SEALED**   gs | |
| Dec 30 | GOVERNMENT"S PROPOSED INSTRUCTIONS. | |
| | GOVERNMENT'S WITNESS LIST.   gs | |
| | GOVERNMENT'S EXHIBIT LIST.   gs | |
| | MOTION FOR ENLARGEMENT OF TIME IN WHICH TO COPY AND DELIVER EXHIBITS. (Govt)   gs | |
| | GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS TO THE JURY.   gs | |
| | GOVERNMENT'S WRITTEN STATEMENT OF THE CASE.   gs | |
| | GOVERNMENT'S MOTION IN LIMINE (PROTECTED WITNESS)   gs | |
| | BRIEF IN SUPPORT OF GOVERNMENT'S MOTION IN LIMINE (PROTECTED WITNESSES)   gs | |
| | GOVERNMENT'S MOTION IN LIMINE (IMPEACHMENT OF WITNESSES)   gs | |
| | BRIEF IN SUPPORT OF GOVERNMENT'S MOTION IN LIMINE (IMPEACHMENT).   gs | |
| Dec 31 | **ORDER**... that the Govt. is permitted an enlargmeent of time until 1-02=92 in which to provide copies of its exhibits to the court and defense counsel.   Dist 12/31 - dkt 1/02/92   AJF/gs | |
| | GOVERNMENT'S SUPPLEMENTAL WITNESS LIST.   gs | |
| | TRIAL BRIEF OF THE UNITED STATES.   gs | |
| | **Filed under seal - MOTION**.   gs | |
| | **Filed under seal - ORDER**.   gs | |

SEE NEXT PAGE

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days