| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1992 | | |
| Jan 2 | **M.E.** ARRAIGNMENT Deft Sworn; Ct. reviewed Ct. 1 of Super. Indict., of 7-10-91) FR & PA filed;Deft Pled guilty to Ct. 1 Sentencing set for 3-17-92. Deft on Bond.                               gs | |
| | FACTUAL RESUME.                               gs | |
| | PLEA AGREEMENT.                               gs | |
| Jan 7 | **SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)..** PSI is due by 2-11-92 and objections to PSI or written statement accepting PSI due by 2-25-92; if objections addnedum is due by 3-3-92 and objections to addendum due by 3-10-92; sentencing will be on 3-17-92 at 1:45 pm. Dist/dkt 1-8-92.                        AJF/gs | |
| JAN 10 | **ORDER...**Defts, Defendants' counsel & any witnesses for the defense, shall not mention or introduce into evidence any testimony or documentary evidence of asking or answering questions in either direct of cross-exam which refer to prior bad acts or misconduct of a witness while in presence of jury panel without first obtaining permission from the court. Cpy Judge,AUSA,PT,PB,USM,Cnsl,Marie/dkt 1-13-92  AJF:svc | |
| | **ORDER...**Court's order setting sentencings is VACATED. New sentencing date will be set at the conclusions of trial on the remaining defts'.  dkt 1-13-92 Cpy Judge,AUSA,PT,PB,USM,Cnsl,Marie         AJF:svc | |
| Jan 17 | MOTION. **UNDER SEAL.**                        gs | |
| | **ORDER... UNDER SEAL** | |
| FEB 26 | **SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)...** PSI by 3-24-92; written obj to PSI by 4-7-92; addendum by noon 4-14-92; written Obj to addendum by 4-21-92 & Sentencing set for 4-29-92 @ 1:45 cpy Judge,AUSA,PT,PB,USM,Cnsl,Ester/dkt 2-26-92  AJF:svc | |
| MAR 2 | **AMENDED SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)...** PSI by 3-24-92; written obj to PSI by 4-7-92; addendum by noon 4-14-92; written Obj to addendum by 4-21-92 & Sentencing set for 4-28-92 @ 1:45 cpy Judge,AUSA,PT,PB,USM,Cnsl,Ester/dkt3-6-92    AJF:svc | |
| Apr 7 | GOVERNMENT'S STATEMENT REGARDING PRE-SENTENCE REPORT.                                        gs | |

SEE NEXT PAGE

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET  U. S. vs  JUILO CESAR ARANDA  AKA "CHANO"  #3      CR3 90 034-G (43)

| DATE | PROCEEDINGS (continued) |
|---|---|
| 1992 Apr 28 | MIN ENTRY...Deft. sentenced.   AJF/dh |
| | JUDGMENT IN A CRIMINAL CASE ... Deft. sent. on count 1 of the superseding indictment on 4/28/92 to 144 months ...deft. remanded to custody of US Marshal...placed on supervised release for 5 years with 4 special conditions ...remaining counts as to this deft. are dismissed...pay $50 MSA.  dkt'd 4/29/92         AJF/dh |
| | copies to counsel,pt,prob.,marshal & EV |

| CRIMINAL DOCKET | CR3-90-034-G A. JOE FISH | Case Filed Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|
| PO ☐ | U.S. vs. LUIS GARZA, aka "LULU" aka "El Cabezon" | | 00034 | 44 |
| Misd. ☐ | | 3918 | | |
| Felony ☒ District Off Judge/Magistr. | | 44 No. of Def's | FEB-07 1994 | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute cocaine, a Schedule II controlled subst. Ct. 1 (8-30-86 thru 11-15-90). | 1 | X |
| 18:371 | Conspiracy to transport & attempt to transport monetary instruments or funds outside of U.S. Ct. 122 (8-30-86 thru 7-10-91). | 1 | X |

SUPERSEDING COUNTS

## II. KEY DATE

- INTERVAL ONE — KEY DATE EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint
- END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE 2-26-92 APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver
- KEY DATE 7-10-91: a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☒ Supsdg: ☒ Indt ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn
- END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal ☐ Pled guilty After N.G. ☐ Nolo After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 2-7-94 | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion ☒ gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | INITIAL/NO. | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING ☐ | Date Scheduled ▶ / Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: 20 ☐  21 ☐  40 ☐  In ☐  Out ☐

## IV. ATTORNEYS

U.S. Attorney or Asst.

Mark D. McBride, AUSA

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☐ PD.  7 ☐ CD

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date
- ☐ Bail Denied    ☐ Fugitive
- AMOUNT SET        ☐ Pers. Rec.
- $                 ☐ PSA
- Date Set          Conditions:
- ☐ Bail Not Made   ☐ 10% Dep.
- Date Bond Made    ☐ Surety Bnd
-                   ☐ Collateral
-                   ☐ 3rd Prty
-                   ☐ Other

**POST-INDICTMENT**
- Release Date
- ☐ Bail Denied    ☐ Fugitive
- AMOUNT SET        ☐ Pers. Rec.
- $                 ☐ PSA
- Date Set          Conditions:
- ☐ Bail Not Made   ☐ 10% Dep.
- Date Bond Made    ☐ Surety Bnd
-                   ☐ Collateral
-                   ☐ 3rd Prty
-                   ☐ Other

### FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

| DATE<br>DOCUMENT NO. | V. PROCEEDINGS | | VI. EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|
| | (OPTIONAL) Show last names of defendants | | Start Date / End Date | Ltr. Code | Total Days |
| **1991**<br>JUL 10 | **SUPERSEDING INDICTMENT.** | gj | | | |
| | Issued WARRANT FOR ARREST. | gj | | | |
| **1992**<br>Feb 26 | MOTION TO UNSEAL (Govt) | gs | | | |
| | **ORDER TO UNSEAL**...it is ordered that the superseding indictment in this cause is hereby UNSEALED.<br>    Dist/dkt 2-28-92 | AJF/gs | | | |
| **1993**<br>May 11 | Placed on 3998 status per memo from S Sharp | cb | | | |
| **1994**<br>Feb 7 | SEALED MOTION & ORDER | cb | | | |

CONTINUED TO PAGE